UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

**FILED**

NOV 3 0 1999

**LARRY W PROPES, CLERK**
COLUMBIA, S. C.

| | | |
|---|---|---|
| JA'MANE LOU'VALAS WILLIAMS, | ) | |
| as the Successor Personal Representative | ) | |
| of the Estate of EFFIE MILLER, | ) | CIVIL ACTION FILE |
| | ) | NO. 1:98-2248-6 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HOUSE OF CHEATHAM, INC. and | ) | |
| ANTONIO'S MANUFACTURING, INC., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

Before the Court is the Petition of Ja'Mane Lou'Valas Williams, as the Successor Personal Representative of the Estate of Effie Miller, seeking approval of a proposed settlement of the alleged wrongful death and survival actions against the above-named defendants. The defendants deny liability in this action and this is a compromise settlement of a disputed claim. After reading and considering the Petition and having evaluated the necessary facts and evidence relating to the proposed settlement, this Court has determined that the settlement is fair and reasonable and in the best interests of the statutory beneficiaries and, in the survival action, the estate of the decedent.

IT IS ORDERED, therefore, that the proposed settlement of this action is approved, and the personal representative has the power hereby to conclude the settlement process.

IT IS FURTHER ORDERED that this settlement in no way be construed as an admission of fault or liability by any party.

ORDER ENTERED at *Florence*, South Carolina, this 29th day of *November* 1999.

*Cameron McGowan Currie*

~~The Honorable Charles E. Simons, Jr.~~
Judge, United States District Court