IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

**FILED**

1 8 2000

LARRY W. PROPES, CLERK
COLUMBIA, S C

Entered: 1-19-2000

| | |
|---|---|
| JA'MANE LOU'VALAS WILLIAMS as the Successor Personal Representative of the Estate of EFFIE MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSE OF CHEATHAM, INC., and ANTONIO'S MANUFACTURING, INC.,<br><br>Defendants. | Civil Action No. 1:98-2248-6<br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

IT APPEARING that the above-entitled matter has been settled by compromise between the parties hereto,

NOW THEREFORE, upon Motion of Nelson Mullins Riley & Scarborough, L.L.P., attorneys for the defendants, House of Cheatham and Antonio's Manufacturing, by and with the consent of the undersigned attorney for the plaintiff,

IT IS ORDERED, pursuant to Rule 41, Federal Rules of Civil Procedure, that the Complaint in the above-entitled action be dismissed, with prejudice.

Cameron McGowan Currie
Presiding Judge

Florence
Columbia, South Carolina

January 13, 1999

30

WE SO MOVE:

NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.

By: _____
John P. Kuppens
Fed. ID No. 5026
1330 Lady Street, Third Floor
Post Office Box 11070
Columbia, SC 29211
(803) 799-2000

Attorneys for House of Cheatham

ELLIS, LAWHORNE, DAVIDSON &
  SIMS, P.A.

By: _____
Timothy D. St. Clair
Fed. ID No. 4270
John T. Lay, Jr.
Fed. ID No. 5539
1330 Lady Street, 4th Floor
Post Office Box 2285
Columbia, SC 29202
(803) 254-4190

Attorneys for Antonio's Manufacturing, Inc.

I CONSENT:

KILPATRICK STOCKTON, L.L.P.

By: _____
Ted H. Clarkson
Fed. ID No. 6834
1400 First Union Bank Building
699 Broad Street
Post Office Box 2043
Augusta, GA 30903
(404) 724-2622

Attorneys for Ja'Mane Lou'Valas Williams

2